IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 114-107 |
| | ) | |
| ROZELL MARSHALL | ) | |

**IN RE: LEAVE OF ABSENCE**

Application for Leave of Absence has been requested in the above-captioned case by Candace R. Cunningham for the periods of: (1) May 23, 2016, through and including May 30, 2016; (2) June 13, 2016, through and including June 17, 2016; (3) July 1, 2016, through and including July 8, 2016; and (4) July 14, 2016, through and including July 29, 2016.

The Court **APPROVES** the above and foregoing request for Leave of Absence.

SO ORDERED this 5th day of May, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA